IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME WALKER,

    Plaintiff,

v.

SGT. SAYLOR, LT. SCULLION, MARK KARTMAN, J. WATERMAN, GARY BOUGHTON, LT. ATWOOD, LORI ALSUM AND OFFICER TAFOYA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-442-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sgt. Saylor, Lt. Scullion, Mark Kartman, J. Waterman, Gary Boughton, Lt. Atwood, Lori Alsum and Officer Tafoya dismissing plaintiff Jerome Walker's complaint for failure to state a claim upon which relief may be granted.

/s/                                                                 8/21/2018

Peter Oppeneer, Clerk of Court                        Date